UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re                                                                              No. C-13-4882 EMC (pr)

FRANK DERELL VAUGHN,
           Plaintiff/Petitioner.                     **ORDER OF DISMISSAL**

       This action was opened on October 22, 2013, when the Court received from Frank Derell Vaughn an ex parte motion for release from prison. On that date, the Court notified Mr. Vaughn in writing that his action was deficient in that he had not attached a petition and had not filed an *in forma pauperis* application. The Court further notified him that this action would be dismissed if he did not submit a petition within twenty-eight days. Mr. Vaughn did not file a petition or otherwise respond to the notices. Accordingly, this action is **DISMISSED** without prejudice for failure to submit a pleading showing the Court has subject matter jurisdiction. The Clerk shall close the file.

       IT IS SO ORDERED.

Dated: February 5, 2014

                                        EDWARD M. CHEN
                                        United States District Judge